# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**PATRICIA ANN MORGAN,**

 **Plaintiff,**

**v.**         **Case No.  8:05-cv-312-T-30MAP**

**DILLARD'S, INC.,**

 **Defendant.**
_____/

## ORDER OF DISMISSAL

 The Court has been advised by defense counsel Matthew Wilson that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

 **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any,  are **DENIED** as moot.  The Clerk is directed to close the file.

 **DONE** and **ORDERED** in Tampa, Florida on February 6, 2006.

         _____
         JAMES S. MOODY, JR.
         UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-312.dismissal.wpd